UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DARREN MORRIS,

                Plaintiff,

     -against-                                10 Civ. 2404 (LAK)

CORRECTION OFFICER PORTER #4374,

                Defendant.
------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

      This action is dismissed for lack of prosecution for the reasons set forth in the report and recommendation of Magistrate Judge Kevin Nathaniel Fox to which no objection has been made.

      SO ORDERED.

Dated:      September 13, 2011

                                                  Lewis A. Kaplan
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED #: 9/13/11